UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Southerland v. Monsanto Co.*,<br>Case No. 3:19-cv-06049-VC<br><br>*Luby v. Monsanto Co.*,<br>Case No. 3:22-cv-03830-VC<br><br>*Seaman v. Monsanto Co.*,<br>Case No. 3:21-cv-02546-VC<br><br>*White v. Monsanto Co.*,<br>Case No. 3:23-cv-03550-VC<br><br>*Vanlandingham v. Monsanto Co.*,<br>Case No. 3:23-cv-03549-VC<br><br>*Albrecht v. Monsanto Co.*,<br>Case No. 3:20-cv-01636-VC<br><br>*Holden v. Monsanto Co.*,<br>Case No. 3:19-cv-05085-VC<br><br>*Lubischer v. Monsanto Co.*,<br>Case No. 3:23-cv-02962-VC | **ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 19910, 19911, 19912, 19913, 19914, 19915, 19932, 19933 |

In each of the above-captioned cases, Monsanto filed a motion for summary judgment on the grounds that the plaintiff failed to disclose a specific causation expert. None of the plaintiffs have filed an opposition. Accordingly, the motions are granted.

**IT IS SO ORDERED.**

Dated: January 15, 2025

_____
VINCE CHHABRIA
United States District Judge